IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN BOVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 16-CV-02823 |
| v. | ) |
| | ) |
| NETSIRW, INC., doing business as | ) |
| CRYSTAL LAKE AAMCO, and | ) |
| TIMOTHY D. ERWIN, | ) |
| | ) |
| Defendants. | ) |

## AGREED DISMISSAL ORDER

THE COURT having been advised that all matters in controversy in this case have been compromised and settled as between the parties and having been presented with a copy of the Settlement and Confidentiality Agreement and Release, and further the Court having held a settlement conference between the parties, and a Stipulation to Dismiss executed by counsel representing all parties (said stipulation which is hereby referenced and incorporated into this dismissal order);

IT IS HEREBY ORDERED that, having found the settlement terms to be a fair and reasonable resolution of a bona fide dispute, this matter is dismissed in its entirety, without costs to any party, without prejudice and with leave to reinstate by September 28, 2016 if payment is not made in accordance with the agreement. The court shall retain jurisdiction until September 28, 2016 for the purpose of enforcing the terms of the settlement. The dismissal shall become final and with prejudice if the matter has not been reinstated by September 28, 2016.

Date 9/1/16

ENTERED: _____
United States Magistrate Judge

Kimberly A. Ross (Kross@butler.legal)
BUTLER WEIHMULLER KATZ CRAIG LLP
115 S. LaSalle Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 456-0900
Facsimile: (312) 456-0909